IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE MOSINSKI, individually, as Executor of the Estate of DAVID MOSINSKI,<br><br>Plaintiff,<br><br>vs.<br><br>JOHAN CABALLERO, KARDAN TRUCKING, INC., EUGENE VAN-BUREN, SWIFT TRANSPORTATION CO., ANTHONY SMITH, RUSSO BROTHERS TRANSPORT, INC., and OWNERS INS. CO.,<br><br>Defendants. | Case No. 3:23-cv-00027<br><br>**NOTICE OF INTENT TO SETTLE** |

**COMES NOW**, the Plaintiff, and states to the Court that the parties have reached a tentative settlement agreement in this matter. The parties are currently working through the settlement documents.

Respectfully submitted,

*/s/ Charles E. Cutler*

Charles E. Cutler          AT0001806
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    515-223-6600
Facsimile:    515-223-6787
E-mail: ccutler@cutlerfirm.com
ATTORNEY FOR PLAINTIFF

Original Filed

Copy to:

Matt Nagle
Gray, Stefani & Mitvalsky, PLC
425 Second Street SE, Suite 700
PO Box 456
Cedar Rapids, IA 52406
ATTORNEY FOR DEFENDANT
KARDAN TRUCKING
AND JOHAN CABALLERO

Stephen G. Olson
Conan Becknell
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
ATTORNEY FOR DEFENDANT
RUSSO BROTHERS TRANSPORT, INC.
AND ANTHONY SMITH

Matthew D. Jacobson
Whitfield & Eddy, P.L.C.
699 Walnut St., Suite 2000
Des Moines, IA 50309
ATTORNEY FOR DEFENDANT
SWIFT TRANSPORTATION
AND EUGENE VAN-BUREN

Jace Bisgard
Shuttleworth & Ingersoll, PLC
115 3rd Street SE, Suite 500
Cedar Rapids, IA 52401
ATTORNEY FOR DEFENDANT
OWNERS INSURANCE CO.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record or an unrepresented party herein at their respective addresses disclosed on this pleading on October 1, 2024.

By:  ☐ U.S. Mail           ☐ FAX
     ☐ Hand Delivered      ☐ Overnight Courier
     ☐ Certified Mail      ☒ Email

Signature: *Delaney Pistillo*