# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE MOSINSKI, individually, as Executor of the Estate of DAVID MOSINSKI,<br><br>Plaintiff,<br><br>vs.<br><br>JOHAN CABALLERO, KARDAN TRUCKING, INC., EUGENE VAN-BUREN, SWIFT TRANSPORTATION CO., ANTHONY SMITH, RUSSO BROTHERS TRANSPORT, INC., and OWNERS INSURANCE COMPANY,<br><br>Defendants. | CASE NO: 3:23-CV-00027<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(ii), Plaintiff voluntarily dismisses, with prejudice, all claims against Defendants Johan Caballero, Kardan Trucking, Inc., Eugene VanBuren, Swift Transportation Co., Anthony Smith, Russo Brothers Transport, Inc. and Owners Insurance Company. Each party shall be responsible for its own attorneys' fees and costs.

*Charles E. Cutler*
CHARLES E. CUTLER
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, IA 50266
Telephone: (515) 223-6600
Facsimile: (515) 223-6787
E-Mail:   ccutler@cutlerfirm.com
ATTORNEY FOR PLAINTIFF

   *Matthew J. Nagle*_____
MATTHEW J. NAGLE
GRAY, STEFANI & MITVALSKY, P.L.C.
425 Second Street SE, Suite 700
P.O. Box 456
Cedar Rapids, Iowa 52406-0456
Telephone    (319) 364-1535
Facsimile    (319) 364-1562
E-Mail    mnagle@gsmlawyers.com
ATTORNEYS FOR DEFENDANTS
JOHAN CABALLERO and KARDAN
TRUCKING, INC.


  *Conan Becknell*_____
STEPHEN G. OLSON, II
CONAN BECKNELL
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
Telephone:  (402) 348-0900
Facsimile:   (402) 348-0904
E-Mail:    solson@ekoklaw.com
           cbecknell@ekolaw.com
ATTORNEYS FOR DEFENDANT
RUSSO BROTHERS TRANSPORT, INC.
AND ANTHONY SMITH


  *Matthew D. Jacobson*_____
BRYN E. HAZELWONDER
MATTHEW D. JACOBSON
WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, IA  50309
Telephone:   (515) 288-6041
Facsimile:   (515) 246-1474
E-mail:    hazelwonder@whitfieldlaw.com
           jacobson@whitfieldlaw.com
ATTORNEYS FOR DEFENDANTS
EUGENE VAN-BUREN and
SWIFT TRANSPORTATION CO.

    *Jace T. Bisgard*_____
JACE T. BISGARD
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA  52406-2107
Telephone:     (319) 365-9461
Facsimile:     (319) 365-8443
E-Mail:         jtb@shuttleworthlaw.com
ATTORNEY FOR DEFENDANT
OWNERS INSURANCE COMPANY